UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD A. AMESTOY, TRUSTEE OF THE CHARLES AND ELAINE A. AMESTOY MINERAL TRUST; PAUL A. AMESTOY, TRUSTEE OF THE PAUL AND CORRINE AMESTOY TRUST; RONALD AMESTOY, BRIAN AMESTOY, TRUSTEE OF THE AMESTOY FAMILY TRUST; RITA WICHMAN, TRUSTEE OF THE WICHMAN FAMILY IRREVOCABLE TRUST AND LINDA LOUISE SIMONSON, <br><br>PlaintiffS, <br><br>vs. <br><br>CONTINENTAL RESOURCES, INC, <br><br>Defendant. | Case No. CV-16-113-BLG-SPW <br><br>JUDGMENT IN A CIVIL CASE |

  **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judge Ostby's Findings and Recommendations are adopted in full, Continental's Motion to Dismiss for Failure to Join Necessary and Indispensable Parties (*ECF No. 3*) is GRANTED and the matter is dismissed as entered in Order E.C.F 11.

Dated this 1st day of December, 2016.

        TYLER P. GILMAN, CLERK

        By: <u>/s/ E.Hamnes</u>
        E.Hamnes , Deputy Clerk